**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1076**

CHERRY REAVES,

                    Plaintiff - Appellant,

          v.

UNITED STATES POSTAL SERVICE; CHARLOTTE HOUSING AUTHORITY;
YOUTH AND FAMILY SERVICES,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:13-cv-00632-MOC-DSC)

Submitted:  May 22, 2014                Decided:  May 28, 2014

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cherry Reaves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cherry Reaves appeals the district court's order dismissing her civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reaves v. USPS, No. 3:13-cv-00632-MOC-DSC (W.D.N.C. Dec. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED